# EXHIBIT A

# Copyright

**Registration Number / Date:**
PA0002382244 / 2022-10-14

**Preregistration Number / Date:**

**Type of Work:**
Motion Pictures

**Title:**
Alphabet Lore.

**Application Title:**
Alphabet Lore.

**Date of Creation:**
2022

**Date of Publication:**
2022-02-01

**Copyright Claimant:**
Michael Salcedo, 1991- . Address: 851 GREENSIDE DR, APT 1233, RICHARDSON, TX, 75080-1165, United States.

**Authorship on Application:**
Michael Salcedo, 1991- ; Domicile: United States; Citizenship: United States. Authorship: entire motion picture, production, direction, script/screenplay, cinematography, editing.

**Rights and Permissions:**
Michael Salcedo, 851 GREENSIDE DR, APT 1233, RICHARDSON, TX, 75080-1165, United States, (817) 721-1145, mike_animation@yahoo.com

**Description:**
Description

**Nation of First Publication:**
United States

**Publication Date:**
2022-02-01

**Names:**
Salcedo, Michael 1991-

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/34531455

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).

# Copyright

**Registration Number / Date:**
VAU001541833 / 2024-12-18

**Registration Class:**
VA

**Type of Work:**
Visual Material

**Title:**
Alphabet Lore Style Guide.

**Application Title:**
Alphabet Lore Style Guide.

**Date of Creation:**
2024

**Latest Transaction Date and Time:**
2024-12-21T03:16:32

**Copyright Claimant:**
Michael Salcedo. Address: 851 Greenside Dr., Apt 1233, Richardson, TX, 75080, United States.

**Authorship on Application:**
Michael Salcedo; Domicile: United States; Citizenship: United States. Authorship: 2-D artwork.

**Rights and Permissions:**
Sofia Quezada Hastings, Aronberg Goldgehn Davis & Garmisa, 225 W. Washington St., Suite 2800, Suite 2800, Chicago, IL, 60606, United States, (312) 755-3139, shastings@agdglaw.com

**Record ID:**
37855542

**Public Records ID:**
voyager_37855542

**System Control Number:**
(DLC-CO)VAu001541833

**Originating System Control Number:**
VAu001541833

**Description:**

Electronic file (eService)

**Copyright Note:**

C.O. correspondence.

**Names:**

Salcedo, Michael

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/voyager_37855542

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).