## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL SALCEDO, | |
| Plaintiff, | Case No. 25-cv-3311 |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | **Filed Under Seal** |
| Defendants. | |

## SCHEDULE A TO COMPLAINT

| No | Defendant Name | Seller URL |
|---|---|---|
| 1 | Dongguan Yimeiyuan Gifts Co., Ltd. | ymygifts.en.alibaba.com/index.html |
| 2 | Guangzhou Shangxinsheng Gift Co., Ltd. | shangxstoys.en.alibaba.com/minisiteentrance.html |
| 3 | Shanghai Qianjiu Trading Co., Ltd. | happyplush.en.alibaba.com/minisiteentrance.html |
| 4 | Shanghai Zheyi Trading Co., Ltd. | shzheyi.en.alibaba.com/minisiteentrance.html |
| 5 | Shenzhen Shine Technology Co., Ltd. | shinetoys.en.alibaba.com/index.html |
| 6 | Wuhan Linkong Import And Export Co., Ltd. | whlinkon.en.alibaba.com/index.html |
| 7 | Yangzhou Tong Caiyan International Trade Co., Ltd. | yztcy.en.alibaba.com/minisiteentrance.html |
| 8 | Anime Peripheral Store Store | aliexpress.com/store/1102846495 |
| 9 | Dorothy Store | aliexpress.com/store/1103468401 |
| 10 | Fancy Anime Store | aliexpress.com/store/1102372296 |
| 11 | Kids Colorful Store | aliexpress.com/store/1102749047 |
| 12 | Lucky House Toy Store | aliexpress.com/store/1102529393 |
| 13 | OKALLA Toy Store | aliexpress.com/store/110584 |
| 14 | QM 6 Jewelry Store | aliexpress.com/store/1102220118 |
| 15 | Shop1102764491 Store | aliexpress.com/store/1102812589 |
| 16 | Shop1102846821 Store | aliexpress.com/store/1102841820 |
| 17 | Shop1104637031 Store | aliexpress.com/store/1104637032 |
| 18 | FQTrypd | amazon.com/sp?seller=A2IZRY9STVNKVW |
| 19 | GIFTRAD | amazon.com/sp?seller=A3BH2SSX93GV8D |
| 20 | Gogosha's homestore | amazon.com/sp?seller=A3BWH43HPUCYZ7 |
| 21 | GracesDawn | amazon.com/sp?seller=AFEE50V54JNH4 |
| 22 | HA HUY KHANH01 | amazon.com/sp?seller=A7AR9VD8C53DX |
| 23 | HDEDRT | amazon.com/sp?seller=AY2G06K3OYHFM |
| 24 | morenbaihuomaoyi | amazon.com/sp?seller=A3VH2CX8Y6S055 |
| 25 | pxlrypd | amazon.com/sp?seller=A32GSOW0SPKNEC |
| 26 | ququwangwang | amazon.com/sp?seller=A2DR271JF6W2LT |
| 27 | Roundtra | amazon.com/sp?seller=A25Q3TMRUEIABZ |
| 28 | shen zhen shi xin zhi jia mao yi you xian gong si | amazon.com/sp?seller=A1RSLHC3EF9X2D |

| No | Defendant Name | Seller URL |
|---|---|---|
| 29 | yuzhoushizhiyimaoyiyouxiangongsi | amazon.com/sp?seller=A1MLWMG6SGF76U |
| 30 | ZLNDD | amazon.com/sp?seller=A7D1KBA9E16JB |
| 31 | 玄振日用百货 | amazon.com/sp?seller=AE7ECDLLLR24A |
| 32 | security11 | dhgate.com/store/21484970 |
| 33 | fnaoinfaf | ebay.com/str/fnaoinfaf |
| 34 | garykenzo | ebay.com/str/garykenzo |
| 35 | harley201707 | ebay.com/str/harley201707 |
| 36 | moongodd | ebay.com/str/moongodd |
| 37 | mototalk2011 | ebay.com/str/mototalk |
| 38 | pehu_6515 | ebay.com/str/pehu6515 |
| 39 | sunshine-639 | ebay.com/str/sunshine639 |
| 40 | tuanp98 | ebay.com/str/tuanp98 |
| 41 | ygh_54 | ebay.com/str/ygh54?_tab=about |
| 42 | zhiwa-6556 | ebay.com/str/zhiwa6556 |
| 43 | Australia Gifts | australia-gifts.myshopify.com/ |
| 44 | Chamberland Homes | chamberlandhomes.com.au/en-us |
| 45 | City Kidz Toys | citykidztoys.com/ |
| 46 | Giftod | giftod.com/ |
| 47 | Honeylives | honeylives.com/ |
| 48 | Olashirt | olashirt.com/ |
| 49 | plushstore | plushstore.com/ |
| 50 | Seseable | seseable.com/ |
| 51 | TEACHERABC | teacherabc.com/ |
| 52 | Teachersgram | teachersgram.com/ |
| 53 | TEES.DESIGN | tees.design/ |
| 54 | Toyland EU | toylandeu.com/ |
| 55 | Webfishing Plush | webfishingplush.com/ |
| 56 | woowcool | woowcool.com/ |
| 57 | Handsome outfit | temu.com/-outfit-m-634418220646314.html |
| 58 | High quality men | temu.com/high-quality-men-m-634418219609456.html |
| 59 | LHH shirt | temu.com/lhh-shirt-m-634418218887489.html |
| 60 | LY Casual mens clothing | temu.com/--m-634418219372739.html |
| 61 | Machooy | temu.com/machooy-m-634418217549816.html |
| 62 | Tee Era | temu.com/tee-era-m-634418220062037.html |
| 63 | WUXHS | temu.com/wuxhs-m-634418218957462.html |
| 64 | ZIFAN ART local | temu.com/-art-local-m-634418220354422.html |
| 65 | aklmy | walmart.com/global/seller/102634755/cp/shopall |
| 66 | Anriop | walmart.com/global/seller/101654778 |
| 67 | Bailingrui shop | walmart.com/global/seller/101631336/cp/shopall |
| 68 | BAOshuiza | walmart.com/global/seller/101696767 |
| 69 | ChenJuXiang | walmart.com/global/seller/102520794 |
| 70 | Chiyuchao Co., Ltd. | walmart.com/global/seller/102498654 |
| 71 | chongi | walmart.com/global/seller/101690994 |
| 72 | DengChengLin | walmart.com/global/seller/101585486/cp/shopall |

| No | Defendant Name | Seller URL |
|---|---|---|
| 73 | ENGUAN | walmart.com/global/seller/102652934 |
| 74 | FanSyZe | walmart.com/global/seller/102533674 |
| 75 | GenuineGoodsHub | walmart.com/global/seller/102615395 |
| 76 | guangzhoukaimuxianshangmao | walmart.com/global/seller/102631669 |
| 77 | HETUIWLO | walmart.com/global/seller/101630952 |
| 78 | hiLiChengQuQianKouRongShangM | walmart.com/global/seller/101675235 |
| 79 | JIANXIONG SHOP | walmart.com/global/seller/102630245/cp/shopall |
| 80 | lizhengwei0101 | walmart.com/global/seller/101616008 |
| 81 | maozhandianzishangwu | walmart.com/global/seller/102615395/cp/shopall |
| 82 | quanzhoushifengzequxiaonengxindianzishangwuyouxiangongsi | walmart.com/global/seller/101663442 |
| 83 | shallalala | walmart.com/global/seller/102617258 |
| 84 | TIEGUZHENGZHENG | walmart.com/global/seller/101659209/cp/shopall |
| 85 | Vivay | walmart.com/global/seller/101594600 |
| 86 | xinjiuzx | walmart.com/global/seller/102616417 |
| 87 | YanTaiLiYiNan | walmart.com/global/seller/101629988 |
| 88 | youguansheng | walmart.com/global/seller/102481829 |
| 89 | ZhouWenJieWireless | walmart.com/global/seller/102495797/cp/shopall |
| 90 | ZRAKCHER | walmart.com/seller/101525252 |