IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SALCEDO,<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 25-cv-03311<br><br>Judge Manish S. Shah |

**SEALED TEMPORARY RESTRAINING ORDER**

Plaintiff Michael Salcedo, ("Plaintiff") filed an *Ex Parte* Motion for Entry of a Temporary Restraining Order and Other Relief (the "Motion") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion as follows.

This Court finds, in the absence of adversarial presentation, that Defendants have sold products using infringing and counterfeit versions of Plaintiff's federally registered copyrights (the "Plaintiff Copyrights"). Lists of the Plaintiff Copyrights are shown in the table below.

**COPYRIGHTS**

| Title | Reg. No. | Date |
|---|---|---|
| *Alphabet Lore* | PA0002382244 | 2022 |
| *Alphabet Lore Style Guide* | VAu001541833 | 2024 |

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Stewart Miller in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move redirect account information, defeating Plaintiff's effort to identify Defendants and enforce his copyrights. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily enjoined and restrained from:

    a. using the Plaintiff Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Plaintiff Copyrights;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff Copyrights;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or

        inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the Plaintiff Copyrights, or any reproductions, counterfeit copies, or colorable imitations.

2. Plaintiff is authorized to issue expedited written discovery to Defendants, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, related to:

    a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

    c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba, Amazon.com, Inc., Wish.com, and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Alipay, Wish.com, Alibaba, Ant Financial, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 5, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff Copyrights.

5. Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

   b. restrain and enjoin any such accounts from transferring or disposing of any funds traceable to the proceeds of products using the Plaintiff Copyrights, until further order by this Court, or the expiration of this order, whichever is earlier.

6. Plaintiff may provide notice of the proceedings in this case to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and Unincorporated Associations Identified on Schedule A and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated

under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff must provide notice to Defendants of any motion for preliminary injunction as required by Rule 65(a)(1).

8. Plaintiff's Schedule A to the Complaint [Dkt. 2], and Exhibits of Evidence [Dkt. 9], and this Order shall remain sealed until further order by this Court or until the Order expires, whichever occurs earlier.

9. Within fourteen (14) calendar days of entry of this Order, Plaintiff shall deposit with the Court $90,000, either law firm check, cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

10. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules.

11. This Temporary Restraining Order without notice is entered on this 7th day of April 2025 and shall remain in effect for fourteen (14) calendar days.

_____
Manish S. Shah
United States District Judge

## SCHEDULE A

| No | Defendant Name | Seller URL |
|---|---|---|
| 1 | Dongguan Yimeiyuan Gifts Co., Ltd. | ymygifts.en.alibaba.com/index.html |
| 2 | Guangzhou Shangxinsheng Gift Co., Ltd. | shangxstoys.en.alibaba.com/minisiteentrance.html |
| 3 | Shanghai Qianjiu Trading Co., Ltd. | happyplush.en.alibaba.com/minisiteentrance.html |
| 4 | Shanghai Zheyi Trading Co., Ltd. | shzheyi.en.alibaba.com/minisiteentrance.html |
| 5 | Shenzhen Shine Technology Co., Ltd. | shinetoys.en.alibaba.com/index.html |
| 6 | Wuhan Linkong Import And Export Co., Ltd. | whlinkon.en.alibaba.com/index.html |
| 7 | Yangzhou Tong Caiyan International Trade Co., Ltd. | yztcy.en.alibaba.com/minisiteentrance.html |
| 8 | Anime Peripheral Store Store | aliexpress.com/store/1102846495 |
| 9 | Dorothy Store | aliexpress.com/store/1103468401 |
| 10 | Fancy Anime Store | aliexpress.com/store/1102372296 |
| 11 | Kids Colorful Store | aliexpress.com/store/1102749047 |
| 12 | Lucky House Toy Store | aliexpress.com/store/1102529393 |
| 13 | OKALLA Toy Store | aliexpress.com/store/110584 |
| 14 | QM 6 Jewelry Store | aliexpress.com/store/1102220118 |
| 15 | Shop1102764491 Store | aliexpress.com/store/1102812589 |
| 16 | Shop1102846821 Store | aliexpress.com/store/1102841820 |
| 17 | Shop1104637031 Store | aliexpress.com/store/1104637032 |
| 18 | FQTrypd | amazon.com/sp?seller=A2IZRY9STVNKVW |
| 19 | GIFTRAD | amazon.com/sp?seller=A3BH2SSX93GV8D |
| 20 | Gogosha's homestore | amazon.com/sp?seller=A3BWH43HPUCYZ7 |
| 21 | GracesDawn | amazon.com/sp?seller=AFEE50V54JNH4 |
| 22 | HA HUY KHANH01 | amazon.com/sp?seller=A7AR9VD8C53DX |
| 23 | HDEDRT | amazon.com/sp?seller=AY2G06K3OYHFM |
| 24 | morenbaihuomaoyi | amazon.com/sp?seller=A3VH2CX8Y6S055 |
| 25 | pxlrypd | amazon.com/sp?seller=A32GSOW0SPKNEC |
| 26 | ququwangwang | amazon.com/sp?seller=A2DR271JF6W2LT |
| 27 | Roundtra | amazon.com/sp?seller=A25Q3TMRUEIABZ |

| No | Defendant Name | Seller URL |
|---|---|---|
| 28 | shen zhen shi xin zhi jia mao yi you xian gong si | amazon.com/sp?seller=A1RSLHC3EF9X2D |
| 29 | yuzhoushizhiyimaoyiyouxiangongsi | amazon.com/sp?seller=A1MLWMG6SGF76U |
| 30 | ZLNDD | amazon.com/sp?seller=A7D1KBA9E16JB |
| 31 | 玄振日用百□ | amazon.com/sp?seller=AE7ECDLLLR24A |
| 32 | security11 | dhgate.com/store/21484970 |
| 33 | fnaoinfaf | ebay.com/str/fnaoinfaf |
| 34 | garykenzo | ebay.com/str/garykenzo |
| 35 | harley201707 | ebay.com/str/harley201707 |
| 36 | moongodd | ebay.com/str/moongodd |
| 37 | mototalk2011 | ebay.com/str/mototalk |
| 38 | pehu_6515 | ebay.com/str/pehu6515 |
| 39 | sunshine-639 | ebay.com/str/sunshine639 |
| 40 | tuanp98 | ebay.com/str/tuanp98 |
| 41 | ygh_54 | ebay.com/str/ygh54?_tab=about |
| 42 | zhiwa-6556 | ebay.com/str/zhiwa6556 |
| 43 | Australia Gifts | australia-gifts.myshopify.com/ |
| 44 | Chamberland Homes | chamberlandhomes.com.au/en-us |
| 45 | City Kidz Toys | citykidztoys.com/ |
| 46 | Giftod | giftod.com/ |
| 47 | Honeylives | honeylives.com/ |
| 48 | Olashirt | olashirt.com/ |
| 49 | plushstore | plushstore.com/ |
| 50 | Seseable | seseable.com/ |
| 51 | TEACHERABC | teacherabc.com/ |
| 52 | Teachersgram | teachersgram.com/ |
| 53 | TEES.DESIGN | tees.design/ |
| 54 | Toyland EU | toylandeu.com/ |
| 55 | Webfishing Plush | webfishingplush.com/ |
| 56 | woowcool | woowcool.com/ |
| 57 | Handsome outfit | temu.com/-outfit-m-634418220646314.html |
| 58 | High quality men | temu.com/high-quality-men-m-634418219609456.html |
| 59 | LHH shirt | temu.com/lhh-shirt-m-634418218887489.html |
| 60 | LY Casual mens clothing | temu.com/--m-634418219372739.html |
| 61 | Machooy | temu.com/machooy-m-634418217549816.html |

| No | Defendant Name | Seller URL |
|---|---|---|
| 62 | Tee Era | temu.com/tee-era-m-634418220062037.html |
| 63 | WUXHS | temu.com/wuxhs-m-634418218957462.html |
| 64 | ZIFAN ART local | temu.com/-art-local-m-634418220354422.html |
| 65 | aklmy | walmart.com/global/seller/102634755/cp/shopall |
| 66 | Anriop | walmart.com/global/seller/101654778 |
| 67 | Bailingrui shop | walmart.com/global/seller/101631336/cp/shopall |
| 68 | BAOshuiza | walmart.com/global/seller/101696767 |
| 69 | ChenJuXiang | walmart.com/global/seller/102520794 |
| 70 | Chiyuchao Co., Ltd. | walmart.com/global/seller/102498654 |
| 71 | chongi | walmart.com/global/seller/101690994 |
| 72 | DengChengLin | walmart.com/global/seller/101585486/cp/shopall |
| 73 | ENGUAN | walmart.com/global/seller/102652934 |
| 74 | FanSyZe | walmart.com/global/seller/102533674 |
| 75 | GenuineGoodsHub | walmart.com/global/seller/102615395 |
| 76 | guangzhoukaimuxianshangmao | walmart.com/global/seller/102631669 |
| 77 | HETUIWLO | walmart.com/global/seller/101630952 |
| 78 | hiLiChengQuQianKouRongShangM | walmart.com/global/seller/101675235 |
| 79 | JIANXIONG SHOP | walmart.com/global/seller/102630245/cp/shopall |
| 80 | lizhengwei0101 | walmart.com/global/seller/101616008 |
| 81 | maozhandianzishangwu | walmart.com/global/seller/102615395/cp/shopall |
| 82 | quanzhoushifengzequxiaonengxindianzishangwuyouxiangongsi | walmart.com/global/seller/101663442 |
| 83 | shallalala | walmart.com/global/seller/102617258 |
| 84 | TIEGUZHENGZHENG | walmart.com/global/seller/101659209/cp/shopall |
| 85 | Vivay | walmart.com/global/seller/101594600 |
| 86 | xinjiuzx | walmart.com/global/seller/102616417 |
| 87 | YanTaiLiYiNan | walmart.com/global/seller/101629988 |
| 88 | youguansheng | walmart.com/global/seller/102481829 |
| 89 | ZhouWenJieWireless | walmart.com/global/seller/102495797/cp/shopall |
| 90 | ZRAKCHER | walmart.com/seller/101525252 |