# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL SALCEDO,<br><br>Plaintiff,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | Case No. 25-cv-03311<br><br>Judge Manish S. Shah |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Michael Salcedo ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| DOE | Name |
|---|---|
| 21 | GracesDawn |
| 28 | shen zhen shi xin zhi jia mao yi you xian gong si |
| 29 | yuzhoushizhiyimaoyiyouxiangongsi |
| 37 | mototalk2011 |
| 38 | pehu_6515 |
| 55 | Webfishing Plush |
| 60 | LY Casual mens clothing |
| 46 | Giftod |

Dated: June 6, 2025

Respectfully submitted,

/s/ *Karolina Jozwiak*
Karolina Jozwiak
***One of the Attorneys for Plaintiff***

Matthew De Preter
Sofia Quezada Hastings
Karolina Jozwiak
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
shastings@agdglaw.com
kjozwiak@agdglaw.com